IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

vs.                                                          CASE NO.: 3:00cr12/LAC
                                                             3:06cv27/LAC/MD
TAVARES CLAYBORNE
_____

ORDER

Upon consideration of the Report and Recommendation of the Magistrate Judge filed on January 23, 2006, pursuant to 28 U.S.C. § 636(b)(1)(B), and after reviewing objections to the Recommendation, the Recommendation is adopted as the opinion of the Court.

Accordingly, it is ORDERED:

The motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 (doc. 378) is summarily DISMISSED as untimely.

DONE AND ORDERED this 10th day of February, 2006.

                                                *s/L.A. Collier*
                                                **LACEY A. COLLIER**
                                                **SENIOR UNITED STATES DISTRICT JUDGE**