# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                                                                                                CASE NO.  3:00cr12LAC

TAVARES CLAYBORNE

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on     MAY 28, 2008

Motion/Pleadings: MOTION FOR REDUCTION OF SENTENCE PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)

Filed by DEFENDANT PRO SE     on 5/27/2008     Doc.# 393

RESPONSES:

                                         on             Doc.#

                                         on             Doc.#

____ Stipulated     ____ Joint Pldg.
____ Unopposed     ____ Consented

                                         WILLIAM M. McCOOL, CLERK OF COURT

                                         *s/Mary Maloy*

LC (1 OR 2)                               Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 8th day of August, 2008, that:*

*(a) The relief requested is **DENIED.***

*(b) At sentencing, the defendant was held accountable for 65.5 kilograms of cocaine base which resulted in a base offense level of 38. Pursuant to Amendment 706 to the Sentencing Guidelines, the Drug Quantity Table at §2D1.1 assigns a base offense level of 38 for 4.5 kilograms or more of cocaine base. Since the defendant's base offense level is unchanged, he is not eligible for any reduction in his sentence of imprisonment pursuant to Amendment 706.*

                                                                    *s/L.A. Collier*
                                                               **LACEY A. COLLIER**
Entered On Docket: _____ By: __    ***Senior United States District Judge***

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP

Copies sent to: _____

Document No.